IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION
CRIMINAL MINUTES - **SENTENCING**

United States of America

    vs                                 Case Number: 14-04031-01-CR-C-BCW

William Lee Belt

Date: July 28, 2015

Reporter: Denise Halasey/CRD: C. James

Honorable Brian C. Wimes   presiding at Jefferson City, Missouri

Time:   11:44 – 11:51

Dft plead to Count 1 of the indictment on 3/30/15 and the Court accepted the plea on this date, 7/28/15.

**APPEARANCES**       Government: Stuart Zander
                            Defendant: Troy Stabenow
                            Probation: Sam Casey

- X_ Defendant appears in person and by counsel.
- X_ No legal cause found to delay.
- X_ PSI report received and reviewed by all parties.
- X_ No Additions/Corrections made
- X_ Allocution accorded.
- X_ Dft sentenced to 24 months on Count 1
- X_ Special assessment of $100, due immediately.
- X__ No Restitution
- X__ Fine waived
- X__ Court orders dft to term of 4 years of Supervised Release on count 1 of the indictment.
- X__ Special Conditions of Supervised Release are ordered pursuant to part D of the Presentence Report.
- X__ Defendant advised of right to appeal.
- X Motion for downward departure is granted.